# UNITED STATES DISTRICT COURT
## SOUTHERN District of TEXAS

United States District Court
Southern District of Texas
**FILED**

MAY 29 2003

Michael N. Milby
Clerk of Court

MARIANO AYALA
    Plaintiff

V

ACCESS RECOVERY SERVICES, INC.;
ACCESS RECOVERY GROUP; and
PETER H. LIEDERMAN,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-03-089

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>May 19, 2003 |
| NAME OF SERVER *(PRINT)*<br>John Ventura | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served: _____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐     Returned unexecuted: _____

☒     Other (Specify): By Certified Mail to Peter Liederman, 1611 Telegraph Ave., Ste. 1210, Oakland Ca 94612 CMRRR: 91 2108 2133 3930 3055 9833

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service of Fees is true and correct.<br><br>Executed on   May 27, 2003<br>                 Date                            *Signature of Server*<br><br>                        62 E. Price Rd., Brownsville, Texas 78521<br>                                  *Address of Server* |

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1. As to who may serve a summons see rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter Liederman
1611 Telegraph Ave
Ste. 1210
Oakland CA. 94612

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Jayle Oelma_  ☐ Agent  ☑ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

9107108 2133 3930 3055 9833

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540