4

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Souther: District of Texas
FILED

MAY 2 9 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Mariano Ayala,**<br>Individually and on behalf of all<br>others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**Access Recovery Services, Inc.;**<br>**Access Recovery Group; and Peter**<br>**H. Liederman,** Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. B-03-089 |

## CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

Pursuant to the May 14, 2003, Order of the Court, Plaintiff hereby lists all

persons, firms, partnerships, corporations, affiliates, parent corporations, or other

entities that are financially interested in the outcome of this litigation, as such are

known to Plaintiff or his counsel as of this date:

Plaintiff: Mariano Ayla

Absent Class Members

Defendant: Access Recovery Services, Inc.,; Access Recovery Group and

Peter H. Liederman.

In addition to the parties, counsel for plaintiffs may be considered

financially interested and are therefore disclosed by firm. Counsel for defendant

may be considered financially interested but are not disclosed at this time as they

are not yet known.

Law Office of Stephen Gardner, P.C.

Law Offices of John Ventura, P.C.

DATED: May 27, 2003                    Respectfully Submitted,
                                       Law Offices of Stephen Gardner, P.C.

                                       By: _____
                                       STEPHEN GARDNER
                                       Texas Bar No. 07660600
                                       Fed. I.D. No. 16111
                                       Law Office of Stephen Gardner, PC
                                       6060 North Central Expressway, Suite
                                       560
                                       Dallas, Texas 75206
                                       Telephone: 214-800-2830
                                       Telecopier: 214-800-2834
                                       steve@consumerhelper.com

                                       Lead Counsel for Plaintiff and Class

                                       LAW OFFICES OF JOHN VENTURA, P.C.
                                            John Ventura
                                            Texas Bar No. 20545700
                                            Fed. I.D. No. 1646
                                            Jventura@johnventura.com
                                            Richard A. Mlynek
                                            Texas Bar No. 24007689
                                            Fed. I.D. No. 23125
                                            Rmlynek@johnventura.com
                                            62 E. Price Road
                                            Brownsville, Texas 78521
                                            Telephone:   (956) 546-9398
                                            Telecopier:  (956) 542-1478

                                       Counsel for Plaintiff and the Class

## Certificate of Service

I certify that a true and correct copy of this document was served on all parties, in compliance, with Rule 5 of the Federal Rules of Civil Procedure, on May 27, 2003 to:

Defendants:
Certified Mail R.R.R.  91 7108 2133 3930 3873 0043
Access Recovery Services, Inc.
1714 Franklin St., Ste. 100-330
Oakland Ca 94612

Access Recovery Group
1714 Franklin St., Ste. 100-330
Oakland Ca 94612

Peter H. Liederman
1611 Telegraph Ave., Ste. 1210
Oakland California 94612

Law Offices of Stephen Gardner, P.C.

By:_____
STEPHEN GARDNER