# UNITED STATES DISTRICT COURT
## SOUTHERN District of TEXAS

MARIANO AYALA
    Plaintiff

v

ACCESS RECOVERY SERVICES, INC.;
ACCESS RECOVERY GROUP; and
PETER H. LIEDERMAN,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-03-089

United States District Court
Southern District of Texas
FILED

JUN 1 7 2003

Michael N. Milby
Clerk of Court

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE<br>May 28, 2003 |
| NAME OF SERVER *(PRINT)*<br>John Ventura | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐     Served personally upon the defendant. Place where served: _____

☐     Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐     Returned unexecuted: _____

☒     Other (Specify): By Certified Mail to Access Recovery Services, Inc., through Secretary of State

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES through Secretary of State | TOTAL $50.00 |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service of Fees is true and correct.

Executed on    June 17, 2003
              Date

*Signature of Server* [signed: John Ventura]

    62 E. Price Rd., Brownsville, Texas 78521
    *Address of Server*

---

[1]. As to who may serve a summons see rule 4 of the Federal Rules of Civil Procedure.



# The State of Texas
## Secretary of State

2003-077296-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Case and Plaintiffs Original Complaint in the cause styled:

> Mariano Ayala VS Access Recovery Services Inc Access Recovery Group and Peter H Liederman
> United States District Court for the Southern District of Texas
> B03089

was received by this office on May 19, 2003, and that a copy was forwarded on May 22, 2003, by CERTIFIED MAIL, return receipt requested to:

> Access Recovery Services Inc
> 1714 Franklin St
> Ste 100-330
> Oakland, CA 94612

The RETURN RECEIPT was received in this office dated May 28, 2003, bearing the Signature Of Addressee's Agent.



Date issued: June 9, 2003

*Gwyn Shea*
Gwyn Shea
Secretary of State

ST\lsv