

# The State of Texas

## Secretary of State

United States District Court
Southern District of Texas
FILED

JUL 0 3 2003

2003-077644-1

Michael N. Milby
Clerk of Court

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons with Plaintiff's Original Complaint in the cause styled:

Mariano Ayala vs Access Recovery Services Inc, etal
United States District Court for the Southern District of Texas
B03089

was received by this office on May 27, 2003, and that a copy was forwarded on June 3, 2003, by CERTIFIED MAIL, return receipt requested to:

Access Recovery Group
1714 Franklin St.
Ste 100-330
Oakland, CA 94612

The RETURN RECEIPT was received in this office dated June 6, 2003, bearing the Signature Of Addressee's Agent.



Date issued: June 12, 2003

Gwyn Shea
Secretary of State

ST\lsv

# The State of Texas



Citations Unit
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-6616
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

June 12, 2003

| 2003-077644 |
| :---: |
| Include reference number in all correspondence |

Stephen Gardner
Law Office of Stephen Gardner P C
6060 North Central Expressway, Suite 560
Dallas, TX 75206

RE: Mariano Ayala vs Access Recovery Services Inc, etal
United States District Court for the Southern District of Texas
Cause No: B03089

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,



Louis S. Villarreal
Citations Unit

Enclosure