IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| **Mariano Ayala,** §<br>Individually and on behalf of all §<br>others similarly situated, §<br>§<br>Plaintiff, §<br>§<br>vs. §<br>§<br>**Access Recovery Services, Inc.;** §<br>**Access Recovery Group; and Peter** §<br>**H. Liederman,** Defendants. §<br>§ | CIVIL ACTION NO. B-03-089 |

### PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT
### and REQUEST FOR CLASS CERTIFICATION

Plaintiff asks the Court to enter a default against Defendants, as authorized by Federal Rule of Civil Procedure 55.

### A. INTRODUCTION

1. Plaintiff is Mariano Ayala; Defendants are: Access Recovery Services, Inc., Access Recovery Group; and Peter H. Liederman.

2. On May 14, 2003, Plaintiff sued Defendants for violations of the Federal Debt Collection Practices Act ("FDCPA"), and the Texas Debt Collection Practices Act, Texas Finance Code Chapter 392 ("Texas DCPA"), which prohibit creditors and debt collectors from engaging in abusive, deceptive, and unfair practices.

3. On May 28, 2003, Defendant, Access Recovery Services, Inc., was served with

   summons and copy of Plaintiff's complaint through the secretary of state, certified mail return receipt requested. A copy of the return of service is attached as Exhibit "A." Defendant has not filed a responsive pleading or otherwise defend the suit.

4. On June 6, 2003, Defendant, Access Recovery Group was served with summons and copy of Plaintiff's complaint through the secretary of state, certified mail return receipt requested. A copy of the return of service are attached as Exhibits "B." Defendant has not filed a responsive pleading or otherwise defend the suit.

5. On May 19, 2003, Defendant, Peter H. Liederman, was served with summons and copy of Plaintiff's complaint by certified mail return receipt requested. A copy of the return of service are attached as Exhibits "C." Defendant has not filed a responsive pleading or otherwise defend the suit.

6. Plaintiff is entitled to entry of default.

## B. ARGUMENT

7. The Court may enter a default judgment against a party who has not filed a responsive pleading or otherwise defended the suit Fed. R.Civ. P. 55(a), *New York Life Ins. Co. v Brown*, 84 F. 3d 137, 141 (5th Cir. 1996).

8. The Court should enter a default against Defendants because Defendants did not file an answer within 20 days after the dates of service. Fed. R. Civ. P. 12(a)(1)(A).

9. Plaintiff meets the procedural requirements for obtaining an entry of default from the Court as demonstrated by Attorney at Law, Richard Mlynek's sworn affidavit,

attached as Exhibit "D".

10. Defendants are not infants, incompetent persons, or members of the United States military. 50 U.S.C. app. §520(1); Fed. R. Civ. P. 55(b)(1), (e). An affidavit of Defendant's military status is attached as Exhibit "E."

11. Because Defendants did not file a responsive pleading or otherwise defend the suit, they are not entitled to notice of entry of default. Fed. R. Civ. P. 55(a); see *Key Bank v Tablecloth Textile Corp.*, 74 F.3d 349, 352-53 (1st Cir. 1996).

12. Plaintiff further reminds this Court that a hearing will be necessary on the class certification relating to this Petition filed by Plaintiff.

## C. CONCLUSION

13. Plaintiff respectfully requests the Court (1) enter a default judgment against the Defendants as to all issues of liability and (2) set a hearing on class certification and entry of final judgment for the Plaintiff class.

DATED: August 6, 2003

Respectfully Submitted,
Law Offices of Stephen Gardner, P.C.
By: _____
STEPHEN GARDNER
Texas Bar No. 07660600
Fed. I.D. No. 16111
Law Office of Stephen Gardner, PC
6060 North Central Expressway, Suite 560
Dallas, Texas 75206
Telephone: 214-800-2830
Telecopier: 214-800-2834
steve@consumerhelper.com

Lead Counsel for Plaintiff and Class

LAW OFFICES OF JOHN VENTURA, P.C.
John Ventura
Texas Bar No. 20545700
Fed. I.D. No. 1646
Jventura@johnventura.com
Richard A. Mlynek
Texas Bar No. 24007689
Fed. I.D. No. 23125
Rmlynek@johnventura.com
62 E. Price Road
Brownsville, Texas 78521
Telephone:   (956) 546-9398
Telecopier:   (956) 542-1478

Counsel for Plaintiff and the Class

### Certificate of Service

I certify that a true and correct copy of this document was served on all parties, in compliance, with Rule 5 of the Federal Rules of Civil Procedure, on August 6, 2003 to:

Defendants:
Certified Mail R.R.R.
Access Recovery Services, Inc.
1714 Franklin St., Ste. 100-330
Oakland Ca 94612

Certified Mail R.R.R.
Access Recovery Group
1714 Franklin St., Ste. 100-330
Oakland Ca 94612

Certified Mail R.R.R.
Peter H. Liederman
1611 Telegraph Ave., Ste. 1210
Oakland California 94612

Law Offices of John Ventura, P.C.

By: _____
Richard Mlynek

5

# UNITED STATES DISTRICT COURT
## SOUTHERN District of TEXAS

MARIANO AYALA  
Plaintiff  

v  

ACCESS RECOVERY SERVICES, INC.;  
ACCESS RECOVERY GROUP; and  
PETER H. LIEDERMAN,  
Defendants  

SUMMONS IN A CIVIL CASE

United States District Court  
Southern District of Texas  
FILED  

JUN 1 7 2003  

Michael N. Milby  
Clerk of Court  

CASE NUMBER: B-03-089

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  May 28, 2003 |
| NAME OF SERVER (PRINT)  John Ventura | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☒ Other (Specify): By Certified Mail to Access Recovery Services, Inc., through Secretary of State

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES through Secretary of State | TOTAL $50.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service of Fees is true and correct.

Executed on ___June 17, 2003___  
Date  


Signature of Server  

___62 E. Price Rd., Brownsville, Texas 78521___  
Address of Server  

1. As to who may serve a summons see rule 4 of the Federal Rules of Civil Procedure.





# The State of Texas
## Secretary of State

2003-077296-1

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons In A Civil Case and Plaintiffs Original Complaint in the cause styled:

Mariano Ayala VS Access Recovery Services Inc Access Recovery Group
and Peter H Liederman
United States District Court for the Southern District of Texas
B03089

was received by this office on May 19, 2003, and that a copy was forwarded on May 22, 2003, by CERTIFIED MAIL, return receipt requested to:

Access Recovery Services Inc
1714 Franklin St
Ste 100-330
Oakland, CA 94612

The RETURN RECEIPT was received in this office dated May 28, 2003, bearing the Signature Of Addressee's Agent.



Date issued: June 9, 2003

*Gwyn Shea*
Gwyn Shea
Secretary of State

STlsv



# The State of Texas
## Secretary of State

2003-077644-1

United States District Court
Southern District of Texas
FILED

JUL 0 3 2003

Michael N. Milby
Clerk of Court

I, the undersigned, as Secretary of State of Texas DO HEREBY CERTIFY that according to the records of this office, a copy of the Summons with Plaintiff's Original Complaint in the cause styled:

> Mariano Ayala vs Access Recovery Services Inc, etal
> United States District Court for the Southern District of Texas
> B03089

was received by this office on May 27, 2003, and that a copy was forwarded on June 3, 2003, by CERTIFIED MAIL, return receipt requested to:

> Access Recovery Group
> 1714 Franklin St.
> Ste 100-330
> Oakland, CA 94612

The RETURN RECEIPT was received in this office dated June 6, 2003, bearing the Signature Of Addressee's Agent.



Date issued: June 12, 2003

Gwyn Shea
Gwyn Shea
Secretary of State

# The State of Texas



Citations Unit
P.O. Box 12079
Austin, Texas 78711-2079

Phone: 512-463-5560
Fax: 512-463-6616
TTY (800) 735-2989
www.sos.state.tx.us

## Secretary of State

June 12, 2003

Stephen Gardner
Law Office of Stephen Gardner P C
6060 North Central Expressway, Suite 560
Dallas, TX 75206

2003-077644
Include reference number in
all correspondence

RE: Mariano Ayala vs Access Recovery Services Inc, etal
United States District Court for the Southern District of Texas
Cause No: B03089

Dear Sir/Madam:

Please find enclosed your Certificate(s) of Service for the case styled above.

If this office may be of further assistance to you, please do not hesitate to contact us.

Sincerely,

Louis S. Villarreal
Citations Unit

Enclosure

# UNITED STATES DISTRICT COURT
## SOUTHERN District of TEXAS

3

**United States District Court**
**Southern District of Texas**
**FILED**

MAY 2 9 2003

Michael N. Milby
Clerk of Court

MARIANO AYALA
    Plaintiff

v

ACCESS RECOVERY SERVICES, INC.;
ACCESS RECOVERY GROUP; and
PETER H. LIEDERMAN,
    Defendants

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-03-089

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE  May 19, 2003 |
| NAME OF SERVER *(PRINT)*  John Ventura | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☐ Returned unexecuted: _____

☒ Other (Specify): By Certified Mail to Peter Liederman, 1611 Telegraph Ave., Ste. 1210, Oakland Ca 94612 CMRRR: 91 2108 2133 3930 3055 9833

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service of Fees is true and correct.

Executed on ___May 27, 2003___
                *Date*

*Signature of Server*

___62 E. Price Rd., Brownsville, Texas 78521___
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

1. As to who may serve a summons see rule 4 of the Federal Rules of Civil Procedure.



SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Peter Liederman
1611 Telegraph Ave
Ste. 1210
Oakland CA. 94612

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _Jane Oelner_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Jane Oelner                       5/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
91 7108 2133 3930 3055 9633

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Mariano Ayala,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-089 |
| vs. | § | |
| | § | |
| **Access Recovery Services, Inc.;** | § | |
| **Access Recovery Group; and Peter** | § | |
| **H. Liederman,** Defendants. | § | |
| | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF CAMERON | § |

## **AFFIDAVIT OF RICHARD A. MLYNEK**

On this day, Richard A. Mlynek, appeared before me, the undersigned notary public. After I administered an oath to Richard A. Mlynek, upon his oath, he said:

1. My name is Richard A. Mlynek. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I state that Defendants, Access Recovery Services, Inc., Access Recovery Group, and Peter H. Liederman, violated the Federal Debt Collection Practices Act ("FDCPA"), and the Texas Debt Collection Practices Act, Texas Finance Code Chapter 392 ("Texas DCPA"), which prohibit creditors and debt collectors from engaging in abusive, deceptive, and unfair practices.

3.   I have personal knowledge that the petition was served on all parties involved by the attached exhibits.

Richard A. Mlynek

SWORN TO and SUBSCRIBED before me by Richard A. Mlynek, on August 6, 2003.



Notary Public in and for the State of Texas

Commission Expires: 7-10-04

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Mariano Ayala,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-089 |
| vs. | § | |
| | § | |
| **Access Recovery Services, Inc.;** | § | |
| **Access Recovery Group; and Peter** | § | |
| **H. Liederman,** Defendants. | § | |
| | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF <u>CAMERON</u> | § |

### **MILITARY AFFIDAVIT**

On this day, Richard A. Mlynek, appeared before me, the undersigned notary public. After I administered an oath to Richard A. Mlynek, upon his oath, he said:

1. My name is Richard A. Mlynek. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. Defendants, Access Recovery Services, Inc., Access Recovery Group are not in the military. Defendants are corporations and as such could not be individuals serving in the military.



3.   We believe, Defendant, Peter H. Liederman, is not in the military. He is an actively practicing civilian attorney in the State of California and therefore, not in the military.

*Richard A. Mlynek*
Richard A. Mlynek

SWORN TO and SUBSCRIBED before me by Richard A. Mlynek, on August 6, 2003.

Notary Public in
and for the State of Texas
Commission Expires: 7-10-04


MICHELLE P. SALAZAR
Notary Public, State of Texas
My Commission Expires
July 10, 2004

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Mariano Ayala,** <br> Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> **Access Recovery Services, Inc.;** **Access Recovery Group; and Peter H. Liederman,** Defendants. | § § § § § § § § § § § § | CIVIL ACTION NO. B-03-089 |

## ORDER ON ENTRY OF DEFAULT

After considering Plaintiff, Mariano Ayala's request for entry of default against Defendants, Access Recovery Services, Inc., Access Recovery Group, and Peter H. Liederman, the affidavits, and other evidence on file the Court; FINDS that the record supports entry of default and

    ORDERS the clerk to enter default.

SIGNED ON_____

_____
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Mariano Ayala,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. B-03-089 |
| vs. | § | |
| | § | |
| **Access Recovery Services, Inc.;** | § | |
| **Access Recovery Group; and Peter** | § | |
| **H. Liederman,** Defendants. | § | |
| | § | |

### ORDER SETTING HEARING

Came upon consideration, the Plaintiff, Mariano Ayala's request for class certification, and other evidence on file with the Court; FINDS that a hearing is deemed necessary, and

ORDERS the clerk to set a hearing on the class certification for September 11, 2003 at 1:00 p.m.

SIGNED ON_____

_____
U.S. DISTRICT JUDGE