IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **Mariano Ayala**, | § | |
| Individually and on behalf of all | § | |
| other similarly situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil No. B-03-089 |
| | § | |
| **Access Recovery Services, Inc.**; | § | |
| **Access Recovery Group; and Peter** | § | |
| **H. Liederman**, Defendants. | § | |

## ORDER SETTING HEARING

Came upon consideration, the Plaintiff, Mariano Ayala's request for class certification, and other evidence on file with the Court; FINDS that a hearing is deemed necessary, and

ORDERS the clerk to set a hearing on the class certification for September 10, 2003 at 1:00 p.m.

Signed on August 19, 2003.

Honorable Andrew S. Hanen
United States District Judge