IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
AUG 2 1 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Mariano Ayala**, Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § § | CIVIL ACTION NO. B-03-089 |
| **Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman**, Defendants. | § § § § | |

## ORDER ON ENTRY OF DEFAULT

After considering Plaintiff, Mariano Ayala's request for entry of default against Defendants, Access Recovery Services, Inc., Access Recovery Group, and Peter H. Liederman, the affidavits, and other evidence on file the Court; FINDS that the record supports entry of default and

ORDERS the clerk to enter default.

SIGNED ON August 19, 2003

_____
U.S. DISTRICT JUDGE