IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Mariano Ayala,** Individually and on behalf of all others similarly situated, | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action Number B-03-089 |
| **Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman,** | § § § § | |
| Defendants. | § § | |

## CLERK'S ENTRY OF DEFAULT

Upon examination of the file in this matter, the Clerk of the Court notes that (1) Defendants Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman have each been properly served with summons and Complaint in this matter; (2) the time has expired within which Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman may answer, otherwise move as to the Complaint, or otherwise defend; (3) Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman have separately failed to answer, otherwise move as to the Complaint, or otherwise defend; and (4) the time for Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman to plead or otherwise defend has not been extended.

THEREFORE, the default of defendant Access Recovery Services, Inc.; defendant Access Recovery Group; and defendant Peter H. Liederman is hereby ENTERED, pursuant to the provisions of Federal Rule of Civil Procedure 55(a).

ENTERED this 22nd of August, 2003.

**CLERK'S ENTRY OF DEFAULT,** page solo

**Michael N. Milby, Clerk**
Clerk of the Court

By *[signature]*
Deputy Clerk

**CLERK'S ENTRY OF DEFAULT,** page solo