United States District Court
Southern District of Texas
FILED

SEP 1 0 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**SCHEDULING CONFERENCE & CLASS CERTIFICATION HEARING**

CIVIL ACTION NO. B-03-089   DATE & TIME 9/10/03 @ 1:00 - 1:54 pm

COUNSEL:

<u>MARIANO AYALA</u>   §   <u>John Ventura/Steve Gardner</u>

VS   §

<u>ACCESS RECOVERY SERVICES, INC.</u>   §

Courtroom Deputy: Irma Soto
Law Clerk:        Michelle O'Leary
Court Reporter:   Barbara Barnard
CSO:              Harrelson

Case called on the docket. John Ventura and Steve Gardner appeared for the Plaintiff. Defendant has not responded.

Court addresses a couple of issues regarding the class certification. Mr. Gardner submits to the Court exhibit list together with CD. After discussions of the attorneys, Court requests attorneys to submit any additional case law and to respond within 120 days if they have been able to locate anybody regarding the certification. Mr. Ventura to submit status reports.

Court is adjourned.