*13*

| AO435 (Rev. 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

**TRANSCRIPT ORDER**

*Read Instructions on Back.*

C A B -03-89

| 1. NAME Stephen Gardner | 2. PHONE NUMBER 214 800 2830 | 3. DATE 9/11/03 |
|---|---|---|
| 4. MAILING ADDRESS 6060 N. Central Expy, Ste 560 | 5. CITY DALLAS | 6. STATE TX | 7. ZIP CODE 75206 |

| 8. CASE NUMBER B-03-089 | 9. JUDICIAL OFFICIAL J. Hanen | DATES OF PROCEEDINGS |
|---|---|---|
| | | 10. FROM 9/10/03 | 11. TO 9/10/03 |

| 12. CASE NAME Ayala v Access Recovery | LOCATION OF PROCEEDINGS |
|---|---|
| | 13. CITY | 14. STATE |

**15. ORDER FOR**

- ☐ APPEAL
- ☒ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

Hearing on class certification

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | United States District Court | | |
| ☐ OPENING STATEMENT (Defendant) | Southern District of Texas FILED | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDINGS (Spcy) Class cert. hearing | 9/10/03 |
| ☐ CLOSING ARGUMENT (Defendant) | SEP 15 2003 | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | Michael N. Milby | ☐ OTHER (Specify) | |
| ☐ SENTENCING | Clerk of Court | | |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL | |
|---|---|---|
| 18. SIGNATURE | PROCESSED BY | |
| 19. DATE 9/11/03 | PHONE NUMBER | |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS | |
|---|---|---|
| | | |

| | DATE | BY | | | |
|---|---|---|---|---|---|
| ORDER RECEIVED | 9-15-03 | DN | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | | |

(Previous editions of this form may still be used)    ORIGINAL- COURT COPY    YELLOW- TRANSCRIPTION COPY    GREEN- ORDER RECEIPT    PINK- ORDER COPY