IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Mariano Ayala,<br>Individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>vs.<br><br>Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman,<br><br>　　　Defendants. | §§§§§§§§§§§§§§ | Civil Action Number B-03-089 |

**Agreed Motion for Extension of Time**

TO THE HONORABLE ANDREW HANEN:

Plaintiff Mariano Ayala moves for an extension to time to respond to **Defendant Peter Liederman's Opposed Motion to Dismiss, and Motion to Set Aside Default Judgment and Class Certification** ("Motion to Dismiss").

Defendant Liederman does not oppose the extension of time. The other Defendants have defaulted.

The Motion to Dismiss contains an affidavit of Defendant Liederman alleging facts that Plaintiff wishes to confirm or controvert by deposition. For scheduling reasons, it is unlikely that the deposition will be set until mid-December. That, combined with the upcoming holidays, requires Plaintiff to request additional time to conduct discovery, until January 15, 2004.

By order dated October 3, 2003, the Court ordered Plaintiff to serve all Defendants personally with the default judgment and class certification order. That has been accomplished, as reflected in the declaration of the process server Matthew Anderson

**Agreed Motion for Extension of Time, page 1**

filed on November 19, 2003. The other Defendants have nonetheless not made an appearance in this action. Plaintiff also served written discovery requests on all three defendants. The deposition of Defendant Liederman will in part be used to determine the debt collection activities of the other defendants. This can be accomplished within the time allowed by the Court in its October 3 Order.

Therefore, Plaintiff prays that the Court extend his deadline to respond to the Motion to Dismiss to January 15, 2004.

Respectfully submitted,

**John Ventura**
Federal ID No. 1646
State Bar No. 20545700
**Richard A. Mlynek**
Federal ID No. 23125
State Bar No. 24007689
**Law Offices of John Ventura, PC**
62 East Price Road
Brownsville, Texas 78521
Telephone: (956) 546-9398
Telecopier: (956) 542-1478

Stephen Gardner
Federal ID No. 16111
State Bar No. 07660600
**Law Office of Stephen Gardner, PC**
6060 North Central Expy., Ste. 560
Dallas, Texas 75206
Telephone: (214) 800-2830
Telecopier: (214) 800-2834

Counsel for Plaintiff and the Class

By: _____
John Ventura

## CERTIFICATE OF SERVICE

  I certify that true and correct copies of this document and all attachments were served on all defendants, in compliance with Rule 5 of the Federal Rules of Civil Procedure, on ____December 2nd 2003____, by mailing copies to:

**Access Recovery Services, Inc.**
1714 Franklin Street, Suite 100-330
Oakland, California 94612
Fax: 510-663-5141

**Access Recovery Group**
1714 Franklin Street, Suite 100-330
Oakland, California 94612
Fax: 510-663-5141

Charles C. Murray
Atlas & Hall
818 Pecan
McAllen, Texas 78502-3725
Attorney for Defendant
**Peter H. Liederman**

_____
John Ventura

**Agreed Motion for Extension of Time**, page 3