United States District Court
Southern District of Texas
ENTERED

DEC 3 0 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 11 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Mariano Ayala,<br>Individually and on behalf of all<br>others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action Number B-03-089 |

## ORDER

Mariano Ayala ("Ayala" or "Plaintiff") has requested an extension of time to respond to **Defendant Peter Liederman's Opposed Motion to Dismiss, and Motion to Set Aside Default Judgment and Class Certification**, in order to permit Plaintiff to conduct discovery. Defendant Liederman does not oppose the requested extension and the other defendants are in default.

It is therefore ORDERED that Plaintiff's response to the Motion is due on or before January 15, 2004.

Dated the 20th day of _____, 2003.

_____
Andrew S. Hanen
United States District Judge

Agreed:

_____
John Ventura, for Plaintiff

_____
Charles C. Murray, for Defendant Peter H. Liederman

ORDER, page 1