IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| **Mariano Ayala,** | § | |
| Individually and on behalf of all | § | |
| others similarly situated, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-03-089 |
| | § | |
| **Access Recovery Services, Inc.;** | § | |
| **Access Recovery Group; and** | § | |
| **Peter H. Liederman,** | § | |
| Defendants. | § | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT PETER H. LIEDERMAN'S OPPOSED MOTION TO DISMISS AND MOTION TO SET ASIDE JUDGMENT AND CLASS CERTIFICATION

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Comes now, Mariano Ayala, Plaintiff in the above styled and referenced matter and moves for an Extension of Time to Respond to Defendant Peter Liederman's Opposed Motion to Dismiss and Motion to Set Aside Judgment and Class Certification ("Motion to Dissmiss").

Plaintiff has agreed not to oppose Defendant's Motion for Decertification and Dismissal of Defendant Peter H. Liederman from the above styled class action. In order to prepare and file an Agreed Order of Dismissal, Plaintiff requests a 30-day extension of time to respond to Defendant's Motion to Dismiss, which current response is due on January 15, 2004.

Defendant Peter H. Liederman does not oppose Plaintiff's Motion and agrees to an extension of time to respond to Defendant's Motion to Dismiss. The other defendants have defaulted. This motion is filed not for the purposes of delay, but so that justice may be done.

Therefore, Plaintiff prays that the Court extend the deadline to respond to the Motion to Dismiss to February 16, 2004.

Dated: January 15, 2004

                                              Respectfully submitted,
                                              LAW OFFICES OF JOHN VENTURA, P.C.

                                              By: _____
                                              JOHN VENTURA
                                              Federal ID No. 1646
                                              RICHARD A. MLYNEK
                                              Federal ID No. 23125
                                              62 E. Price Rd.
                                              Brownsville, Texas 78521
                                              (956) 546-9398
                                              (956) 542-1478 facsimile


                                              LAW OFFICES OF STEPHEN GARDNER, PC
                                              STEPHEN GARDNER
                                              Federal ID No. 16111
                                              6060 North Central Expy., Ste. 560
                                              Dallas, Texas 75206
                                              (214) 800-2830
                                              (214) 800-2834 facsimile

                                              ATTORNEYS FOR PLAINTIFF AND THE CLASS


## CERTIFICATE OF CONFERENCE

     I certify that counsel for Plaintiff discussed the above Plaintiff's Motion for extension of time by teleconference with Charles C. Murray, counsel for Defendant Peter H. Liederman, who is unopposed to Plaintiff's motion.

                                              _____
                                              Richard A. Mlynek

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the forgoing Motion for Extension of Time to Respond to Defendant Peter Liederman's Opposed Motion to Dismiss was served on all counsel of record pursuant to the Federal Rules of Civil Procedure on this 15th day of January 2004 by the method described below:

| | |
|---|---|
| First Class U.S. Mail | First Class U.S. Mail |
| Access Recovery Services, Inc. | Access Recovery Group |
| 1714 Franklin Street, Suite 100-330 | 1714 Franklin Street, Suite 100-330 |
| Oakland, California 94612 | Oakland, California 94612 |
| Fax no. 510-663-5141 | Fax no. 510-663-5141 |

By Facsimile No. 956-686-6109
Charles C. Murray
Atlas & Hall
818 Pecan
McAllen, Texas 78502-3725
Attorney for Defendant Peter H. Liederman

_____
Richard A. Mlynek