

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 1 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| **Mariano Ayala,** Individually and on behalf of all others similarly situated, Plaintiff, | § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-03-089 |
| **Access Recovery Services, Inc.; Access Recovery Group; and Peter H. Liederman,** Defendants. | § § § § | |

## ORDER

The Court has considered Plaintiff's Unopposed Motion for an Extension of Time to Respond to Defendant Peter Liederman's Opposed Motion to Dismiss in the above-referenced matter. Defendant Liederman does not oppose the requested extension, and the other defendants are in default. The Court therefore, Grants Plaintiff's Motion to Extend Time to Respond to Defendant Peter H. Liederman's Motion to Dismiss, and it is therefore

**ORDERED** that Plaintiff's Response to Liederman's Motion to Dismiss is due on or before February 16, 2004.

DATED: Jan 21, 2004

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE