

IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 3 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| MARIANO AYALA | § | |
| Individually and on behalf of all | § | |
| others similarly situated | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-03-089 |
| | § | |
| ACCESS RECOVERY SERVICES, INC.; | § | |
| ACCESS RECOVERY GROUP; and | § | |
| PETER H. LIEDERMAN | § | |

**ORDER SETTING HEARING ON EMERGENCY RULE 37(a)
MOTION TO COMPEL DEFENDANT'S DEPOSITION AND RESPONSES
TO WRITTEN DISCOVERY, AND RULE 37(d) MOTION FOR SANCTIONS**

CAME ON FOR CONSIDERATION, the Plaintiffs' Rule 37(a) Motion to Compel Defendant's Deposition and Responses to Written Discovery, Rule 37(d) Motion for Sanctions and Request for Hearing, which was previously filed on December 18, 2003 [DE#19], and after presentation of the pleadings, the Court ORDERS that a hearing is hereby scheduled for February 13, 2004 at the U.S. District Court, 600 E. Harrison, 3rd Floor, Brownsville, Texas at 11:00 a.m. It is further

ORDERED that Plaintiffs will, at this same hearing, present their status report as ordered by the court in its order of October 3, 2003 [DE#14].

Signed this the 29th day of January, 2004.

Andrew S. Hanen
United States District Judge