IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 1 3 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| MARIANO AYALA, Individually and § <br> on behalf of all others similarly situated § <br> § <br> vs. § <br> § <br> ACCESS RECOVERY SERVICES, INC.; § <br> ACCESS RECOVERY GROUP and § <br> PETER H. LIEDERMAN § | CIVIL ACTION NO. B-03-089 |

## MOTION TO APPEAR FOR ATTORNEY IN CHARGE

NOW COMES PETER H. LIEDERMAN, one of the defendants in the above-entitled and numbered civil action, by and through his attorney of record, Charles C. Murray of the law firm of Atlas & Hall, L.L.P., P. O. Drawer 3725, 818 Pecan (78501), McAllen, Texas 78502, and files this his Motion To Appear and for cause would show the Court as follows:

1.   The undersigned hereby requests permission of this Honorable Court to allow Adriana H. Cardenas, of the law firm of Atlas & Hall, L.L.P., to appear for the defendant Peter H. Liederman, for purposes of this hearing only, due to the fact that the attorney in charge has a scheduling conflict.

WHEREFORE, PREMISES CONSIDERED, the defendant Peter H. Liederman prays that this Court grant his motion and for such other and further relief to which he may be justly entitled to receive.

Respectfully submitted,

_____
Charles C. Murray
Federal I.D. No. 1214
State Bar No. 14719700
Attorney in Charge for Defendant
    Peter H. Llederman
Atlas & Hall, L.L.P.
818 Pecan/P.O. Box 3725
McAllen, Texas 78501/78502
Telephone No. 956/682-5501
Telecopy No. 956/686-6109

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was sent by hand delivery, on this the 13th day of February, 2004 to opposing counsel as follows:

Mr. Stephen Gardner
LAW OFFICE OF STEPHEN P. GARDNER, P.C.
6060 North Central Expressway, Ste 560
Dallas, Texas 75206

_____
Charles C. Murray

2