THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

MOTION HEARING

FEB 1 3 2004

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. **B-03-089**   DATE & TIME: **2/13/04 @ 11:00 a.m.**
COUNSEL:

**MARIANO AYALA**                   §   **Steve Gardner/Richard Mlynek**

VS                                  §

**ACCESS RECOVERY SERVIES, ET AL**  § _____

---

Courtroom Deputy: Irma Soto
Law Clerk: Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Figueroa

Case called on the docket. Steve Gardner and Richard Mylnek appear for Plaintiff. Motion to Appear for Attorney in Charge filed by Deft, Peter H. Liederman is GRANTED without objection. Adriana Cardenas appears for Deft, Peter H. Liederman.

Court addresses Deft Liederman's Motion to Dismiss, Set Aside Default Judgment and Class Certification (DE #16)-GRANTED, but because of Deft's original failure to respond and had to take default and do some discovery Court orders this deft to pay $1,000.00 in costs to Plaintiff's attorney without objection from the Plaintiff.

After further discussions, Court will enter final judgment.

Court is adjourned.